IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| BRUCE R. MERRYMAN | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-105 |
| BRYAN COLLIER, ET AL. | § | |

### REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Bruce R. Merryman, a prisoner previously confined at the LeBlanc Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Bryan Collier, Aaron Thompkins, and M. Sanders.

This action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for the disposition of the case.

### Factual Background

Plaintiff claims that the thermostat for the air conditioning unit at the LeBlanc Unit is located outside the facility. Plaintiff alleges this affects the ability of the air conditioner to maintain an appropriate temperature inside the prison. Plaintiff also alleges that mold and algae are growing on the air conditioning unit and the duct work on the outside of the building. Plaintiff filed this action seeking injunctive relief requiring Defendants to properly maintain the air conditioning unit.

### Discussion

On March 13, 2024, a report was entered recommending dismissing the action as moot because Plaintiff had been transferred from the Leblanc Unit. In response, Plaintiff moved to dismiss the action. Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff is entitled to dismiss the case voluntarily prior to the service of an answer or motion for summary judgment by any adverse parties. Because the defendants have not served a responsive pleading, Plaintiff's motion to dismiss should be granted.

Recommendation

This action should be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Objections

Within fourteen days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

SIGNED this 30th day of April, 2024.

_____
Zack Hawthorn
United States Magistrate Judge